MARGUERITE WILLIAMS *v.* KENT E. WILLIAMS
(12835)

DUPONT, C. J., and LAVERY and SCHALLER, Js.

Argued February 10—decision released March 21, 1995

*Nathan Nasser,* with whom, on the brief, was *Gary B. Traystman,* for the appellant-appellee (defendant).

*Howard B. Schiller,* for the appellee-appellant (plaintiff).

PER CURIAM. The judgment is affirmed.